ALLACCESS LAW GROUP
Irakli Karbelashvili, State Bar Number 302971
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
Email: Irakli@allaccesslawgroup.com

Attorney for JAMES ALGER, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALGER,<br><br>  Plaintiff,<br><br>vs.<br><br>M. 2. S. INC., an Alaska corporation, dba Forever Carmel; and M25 INC., an Alaska corporation, dba Forever Carmel,<br><br>  Defendants. | Case No. 25-cv-08251-BLF<br><br>**NOTICE OF SETTLEMENT AND DISMISSAL OF ACTION IN ITS ENTIRETY WITH PREJUDICE** |

  PLEASE TAKE NOTICE that Plaintiff JAMES ALGER dismisses this entire action with prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i). Neither defendant has filed an answer or a motion for summary judgment.

Dated: December 3, 2025          /s/ Irakli Karbelashvili
                                 Irakli Karbelashvili, Attorney for Plaintiff
                                 JAMES ALGER